# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Millett, Patricia A. | U.S. Court of Appeals for the DC Circuit | 01/17/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2016<br>**to**<br>12/31/2016 |

**7. Chambers or Office Address**

333 Constitution Ave., NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | The ▓▓▓ Trust dated February 25, 1998 as amended. |
| 2. Trustee | The ▓▓▓ Living Trust dated February 25, 1998, as amended |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 01/17/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 10/13/2016 | New York University Teaching stipend for IJA New Appellate Judges Seminar (7/17-22/2016) | $1,800.00 |
| 2. 05/2016 | Georgetown Law School teaching compensation (1/21-4/28/2016) | $8,625.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Florida Sugar Cane League, Inc. -- spouse's salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Pennsylvania | 1/28/2016 | Philadelphia, PA | UPenn Keedy Cup Moot Competition judge | Transportation & meals |
| 2. | Stanford University Law School | 1/29-31/2016 | Stanford, CA | Stanford Supreme Court at Midterm Conference | Transportation |
| 3. | University of California/ Irvine | 2/1/2016 | Irvine, CA | Moot Court Competition judge | Transportation & meals |
| 4. | Michigan State University | 3/6/2016 | Detroit, MI | NALSA Moot Court Competition judger | Transportation & meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Millett, Patricia A.** | 01/17/2019 |

| 5. | Harvard Law School | 3/29-30/2016 | Cambridge, MA | Law Review Oral Argument Advocacy Panel & WBA Law Panel Discussion | Lodging, transportation & meals |
|---|---|---|---|---|---|
| 6. | Yale Law School | 4/18-19/2016 | New Haven, CT | Guest Speaker for Anderson Lecture | Transportation & meals |
| 7. | New York University | 7/17-22/2016 | New York, NY | IJA New Appellate Judges Seminar | Lodging, transportation & meals |
| 8. | Pennsylvania Bar Institute | 8/7-8/2016 | Mechanicsburg, PA | PBI Federal Appellate Advocacy CLE program presenter | Lodging, transportation & meals |
| 9. | William & Mary School of Law | 9/23-24/2016 | Williamsburg, VA | Supreme Court Preview: Panel Member | Transportation & meals |
| 10. | American Law Institute | 10/19-21/2016 | New York, NY | ALI Council meetings | Transportation & meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 01/17/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Millett, Patricia A. | 01/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Treasury Bonds | A | Interest | K | T | | | | | |
| 2. Wells Fargo Bank - Various accounts | A | Interest | M | T | | | | | |
| 3. Florida Sugar Cane League, Inc. 401(k) Plan (H) | | | | | | | | | |
| 4. -First Eagle SoGen Overseas A Fund | A | Dividend | K | T | Buy (add'l) | 03/31/16 | J | | |
| 5. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 6. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 7. | | | | | Buy (add'l) | 12/31/16 | J | | |
| 8. -FMI Large Cap Fund | A | Dividend | J | T | Buy (add'l) | 03/31/16 | J | | |
| 9. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 10. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 11. | | | | | Buy (add'l) | 12/31/16 | J | | |
| 12. -TIAA-CREF Growth & Income Retirement | B | Int./Div. | K | T | Buy (add'l) | 03/31/16 | J | | |
| 13. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 14. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 15. | | | | | Buy (add'l) | 12/31/16 | J | | |
| 16. -Keeley Small Cap Value Fund | A | Dividend | J | T | Buy (add'l) | 03/31/16 | J | | |
| 17. | | | | | Buy (add'l) | 06/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 01/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 19. | | | | | Buy (add'l) | 12/31/16 | J | | |
| 20.  -Mainstay ICAP Select Equity Fund | A | Dividend | K | T | Buy (add'l) | 03/31/16 | J | | |
| 21. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 22. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 23. | | | | | Buy (add'l) | 12/31/16 | J | | |
| 24.  -Principal Inv. FD High Yield Fund - A | A | Dividend | J | T | Buy (add'l) | 03/31/16 | J | | |
| 25. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 26. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 27. | | | | | Buy (add'l) | 12/31/16 | J | | |
| 28.  -Hartford Schroders US Small Cap Opportunities Fund | A | Dividend | J | T | Buy (add'l) | 03/31/16 | J | | |
| 29. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 30. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 31. | | | | | Buy (add'l) | 12/31/16 | J | | |
| 32.  -Columbia Acorn Select Fund Z | A | Dividend | J | T | Buy (add'l) | 03/31/16 | J | | |
| 33. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 34. | | | | | Buy (add'l) | 09/30/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Millett, Patricia A.** | 01/17/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 12/31/16 | J | | |
| 36.    -Schwab 1000 Index Fund | A | Dividend | K | T | Buy (add'l) | 03/31/16 | J | | |
| 37. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 38. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 39. | | | | | Buy (add'l) | 12/31/16 | J | | |
| 40.    -Janus Perkins Mid Cap Value - T | A | Dividend | J | T | Buy (add'l) | 03/31/16 | J | | |
| 41. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 42. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 43. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 44.    -TCW Total Return Mortgage Backed Fund | A | Dividend | K | T | Buy (add'l) | 03/31/16 | J | | |
| 45. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 46. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 47. | | | | | Buy (add'l) | 12/31/16 | J | | |
| 48.    -Wells Fargo Stable Value Fund | A | Dividend | J | T | Buy (add'l) | 03/31/16 | J | | |
| 49. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 50. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 51. | | | | | Buy (add'l) | 12/31/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Millett, Patricia A.** | 01/17/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Funds Growth Fund of America 529 Plan (H) | | | | | | | | | |
| 53. -Growth Fund of America 529A | D | Dividend | L | T | Buy (add'l) | 01/11/16 | J | | |
| 54. | | | | | Sold (part) | 07/27/16 | K | | |
| 55. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 56. | | | | | Sold (part) | 12/16/16 | K | | |
| 57. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 58. -Growth Fund of America 529B | A | Dividend | | | Sold (part) | 01/11/16 | J | | |
| 59. | | | | | Sold | 12/12/16 | J | | |
| 60. American Funds Income Fund of America 529 Plan (H) | | | | | | | | | |
| 61. -Income Fund of America 529A | B | Dividend | L | T | Buy (add'l) | 01/11/16 | J | | |
| 62. | | | | | Sold (part) | 07/27/16 | K | | |
| 63. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 64. | | | | | Sold (part) | 12/16/16 | K | | |
| 65. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 66. -Income Fund of America 529B | A | Dividend | | | Sold (part) | 01/11/16 | J | | |
| 67. | | | | | Sold | 12/12/16 | J | | |
| 68. Brokerage Account #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Millett, Patricia A.** | 01/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | -Exxon Mobile Corp - Common | C | Dividend | | | Sold | 12/16/16 | M | | |
| 70. | -Lockheed Martin Corp - Common | D | Dividend | N | T | | | | | |
| 71. | Brokerage Account #2 (H) | | | | | | | | | |
| 72. | -Raymond James Bank | A | Interest | K | T | | | | | |
| 73. | -First Eagle Global Fund | D | Dividend | M | T | | | | | |
| 74. | -Franklin Income Fund | D | Dividend | M | T | | | | | |
| 75. | -Lord Abbett Short Duration Income Fund (Y) | | | | | | | | | |
| 76. | -T. Rowe Price Capital Appreciation Fund | D | Dividend | M | T | | | | | |
| 77. | Brokerage Account #3 UTMA (H) | | | | | | | | | |
| 78. | -T. Rowe Price Capital Appreciation Fund | A | Dividend | J | T | | | | | |
| 79. | Brokerage Account #4 UTMA (H) | | | | | | | | | |
| 80. | -T. Rowe Price Capital Appreciation Fund | A | Dividend | J | T | | | | | |
| 81. | Trust #1 (H) | | | | | | | | | |
| 82. | -Real Estate, Chesterfield, Missouri (2000 $198,000) | | None | L | R | | | | | |
| 83. | ▒▒▒▒ Prudential (H) | | | | | | | | | |
| 84. | -AST Academic Strategies Asset Alloc Port | A | Interest | J | T | | | | | |
| 85. | ▒▒▒▒ Revocable Trust Liv Trust Jackson Na (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -JNL/Lazard Emerging | | None | J | T | | | | | |
| 87. -JNL/Mellon S&P 400 | | None | J | T | | | | | |
| 88. -JNL/Mellon Cap Small Cap | | None | J | T | | | | | |
| 89. -JNL/Mellon Tech | | None | J | T | | | | | |
| 90. -JNL/Mellon Healthcare | | None | J | T | | | | | |
| 91. -JNL/Invesco China-India | | None | J | T | | | | | |
| 92. -JNL/Mellon Cap Europe | | None | J | T | | | | | |
| 93. -JNL Tactical ETF Growth | | None | K | T | | | | | |
| 94. -JNL/Lazard IntlStratEq | | None | J | T | | | | | |
| 95. -JNL/MMRS Conservative | | None | K | T | | | | | |
| 96. ▒ Brokerage- - non-retirement (H) | | | | | | | | | |
| 97. -Alcatel Lucent | | None | | | Redeemed | 06/02/16 | J | A | |
| 98. -Healthcare Trust Am | A | Dividend | J | T | Sold (part) | 11/29/16 | J | A | |
| 99. -Exxon Mobile Corp | C | Dividend | L | T | Sold (part) | 03/24/16 | L | A | |
| 100. -Oppenheimer Steelpath MLP | A | Dividend | J | T | | | | | |
| 101. -Oppenheimer Global | | None | J | T | | | | | |
| 102. ▒ Brokerage -- retirement (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Millett, Patricia A.** | 01/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Highland Global Alloc | A | Dividend | J | T | | | | | |
| 104. -Highland Long Short Healthcare | | None | | | Merged (with line 103) | 08/16/16 | J | | |
| 105. -Putman Absolute Return 700 | | None | J | T | | | | | |
| 106. -Principal Global Diversivied Income | A | Dividend | K | T | | | | | |
| 107. -Putnam Multi Cap Core | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Millett, Patricia A.** | 01/17/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1)  Part I, Positions, Line 2:  The only reportable asset is real estate as indicated in Part VII, Line 82 (Real Estate, Chesterfield, MO).

(2)  Part VII, Line 75:  Lord Abbett Short Duration Income Fund had a reportable dividend of $9.16 at 1/4/2016.  The Fund was sold in its entirety in 2015.

(4) Part VII, Lines 85-95:  These assets are in                    Revocable Living Trust; I am Trustee and a named beneficiary.  I have no current financial interest or income from these assets or from the Living Trust.

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 01/17/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia A. Millett**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544